## John H. Grady et al. *v.* Robert A. Schmitz et al.
### (10494)

Lavery, Heiman and Freedman, Js.

Argued May 8—decision released June 2, 1992

*Robert A. Schmitz,* pro se, with whom was *Marion B. Schmitz,* pro se, the appellants (named defendant et al.).
*Philip R. McKnight,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.